No. 351. CONSOLIDATED MACHINE TOOL CORP. *v.* NATIONAL LABOR RELATIONS BOARD. Certiorari denied. *Percival D. Oviatt* and *Arthur L. Stern* for petitioner. *Solicitor General Perlman, David P. Findling* and *Ruth Weyand* for respondent.

No. 361. POFE *v.* CONTINENTAL INSURANCE CO. Certiorari denied. *Meyer Abrams* for petitioner. *Hayes McKinney* for respondent.

No. 375. TOMBIGBEE MILL & LUMBER CO. ET AL. *v.* HOLLINGSWORTH ET AL. Certiorari denied. *T. C. Hannah* for petitioners. *Jas. A. Cunningham* for respondents.

No. 377. BELCHER *v.* COMMISSIONER OF INTERNAL REVENUE. Certiorari denied. *J. Kirkman Jackson* and *Al G. Rives* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Helen R. Carloss* and *Harry Baum* for respondent.

No. 386. CARNEY ET AL. *v.* UNITED STATES. Certiorari denied. *Morris Lavine* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

